**Marcus Darrell MACK, Plaintiff—
Appellant,**

v.

**UNITED STATES of America; United
States Department of Justice; Norman K. Moon; Bruce Pagel; Frank
Harman; David R. Bean, U.S. Probation Officer; Snook & Haughey, Law
Firm; John Lloyd Snook, Defendants—Appellees.**

No. 03–7084.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2003.

Decided Dec. 3, 2003.

Marcus Darrell Mack, Appellant pro se.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Marcus Darrell Mack appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and

find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mack v. United States,* No. CA–03–325–7 (W.D.Va. May 16, 2003). Additionally, we decline to consider Mack's prosecutorial misconduct and sentencing arguments, both raised for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*